**Harry Healy, appellant, v. Utility Supply Company, appellee. Gen. No. 39,953.**

Heard in the second division of this court for the first district at the February term, 1938. Opinion filed November 17, 1938.

Albert B. Fritzshall, for appellant. Delmar J. Hill, for appellee.

Mr. Presiding Justice Friend delivered the opinion of the court.

**John Wildt, appellant, v. City of Chicago et al., appellees. Gen. No. 39,974.**

Heard in the second division of this court for the first district at the February term, 1938. Opinion filed November 17, 1938.

James H. Turner and Lloyd T. Bailey, for appellant; Thomas C. Hollywood and Joseph W. Bailey, of counsel. Barnet Hodes, Corporation Counsel, for appellee; Alexander J. Resa and Adam E. Patterson, Assistant Corporation Counsel, of counsel. Frank L. Kriete, Warner H. Robinson and Arthur J. Donovan, for certain other appellees; John R. Guilliams, of counsel.

Mr. Presiding Justice Friend delivered the opinion of the court.

**Herman Bauer, appellee, v. Joseph B. Ford, appellant. Gen. No. 40,017.**

Heard in the second division of this court for the first district at the April term, 1938. Opinion filed November 17, 1938.

Charles T. Shanner, for appellant. No appearance for appellee.

Mr. Presiding Justice Friend delivered the opinion of the court.